IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action No. 2:16-cv-55-FL

| | |
|---|---|
| CINDY THOMAS and CHRISTEN CALL, | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE, | ) |
| Defendant. | ) |

Plaintiffs Cindy Thomas and Christen Call, by and through their counsel of record, and Defendant Navient Solutions, Inc. f/k/a Sallie Mae, Inc., by and through its counsel of record, do stipulate and move to stay the above-captioned action in favor of binding arbitration.

The ground for the stipulation and motion is that one of the student loan promissory notes underlying the action contains an arbitration agreement, and the parties have agreed to the arbitration of their dispute thereunder. The parties stipulate to the Court retaining jurisdiction of and staying this matter, until such time as the arbitration is resolved.

For good cause shown, the motion is GRANTED, and this matter is STAYED pending conclusion of arbitration. The parties are DIRECTED to file a joint status report regarding the status of the arbitration 180 days from the date of this order, and every 180 days thereafter, until conclusion of the arbitration.

SO ORDERED, this the 12th day of December, 2016.

.

_____
LOUISE W. FLANAGAN
United States District Judge