IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:16-CV-55-FL

| | | |
|---|---|---|
| CHRISTEN CALL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE, | ) ) ) | |
| Defendant. | ) ) | |

This matter came before the court on final joint status report filed by defendant on March 6, 2019. (DE 31). The parties have advised the court that on February 18, 2019, following arbitration of this matter through the American Arbitration Association ("AAA"), an arbitrator issued order entering judgment in defendant's favor on its motion for summary judgment and denying plaintiff's request for reconsideration as moot. Pursuant to the arbitration order, the AAA has issued notice that this case is now closed. Accordingly, the clerk is DIRECTED to close this case.

SO ORDERED, this the 12th day of March, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge